UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NADGIA DIXON, individually and on behalf of all other persons similarly situated who were employed by NBCUniversal Media LLC with one of its affiliated cable tv stations,<br><br>                          Plaintiffs,<br><br>  v.<br><br>NBCUNIVERSAL MEDIA LLC and OXYGEN MEDIA LLC,<br><br>                          Defendants. | 12 Civ. 7646 (PAE)<br><br>ECF Case<br><br>**<u>NOTICE OF MOTION TO COMPEL ARBITRATION AND DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, TO COMPEL ARBITRATION AND STAY PROCEEDINGS</u>** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of Defendants' motion to compel arbitration and dismiss the complaint, or in the alternative, to compel arbitration and stay proceedings, and the accompanying Declaration of Chelley E. Talbert with annexed Exhibits, and any other submissions as shall be made in support of this motion, Defendants NBCUniversal Media LLC and Oxygen Media LLC, by and through undersigned counsel, shall move this Court before the Honorable Paul A. Engelmayer at the United States Courthouse located at 40 Foley Square, New York, New York 10007, on a date and time this Court deems appropriate, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and the Federal Arbitration Act, 9 U.S.C. §§ 1-6, granting Defendants' motion to compel arbitration and dismiss the complaint, or in the alternative, to compel arbitration and stay proceedings, and grating such other relief as this Court may deem just and proper.

1

Dated: February 19, 2013
       New York, New York

                Respectfully submitted,

                NBCUniversal Media LLC

                By: *s/Chelley E. Talbert*
                      Chelley E. Talbert

                      30 Rockefeller Plaza
                      New York, New York 10112-0002
                      chelley.talbert@nbcuni.com
                      (212) 664-2527

                *Attorneys for Defendants NBCUniversal Media LLC and Oxygen Media LLC*