# REPLY EX. A

| | |
|---|---|
| From: | NBCUniversal Employee Communications (NBCUniversal) </o=gemail/ou=first administrative group/cn=recipients/cn=501837813> |
| To: | NBCUniversal Employee Communications (NBCUniversal) </o=gemail/ou=first administrative group/cn=recipients/cn=501837813> |
| Cc: | |
| Bcc: | |
| Subject: | Solutions Update |
| Date: | Wed Nov 02 2011 11:49:49 EDT |
| Attachments: | |
| Locations: | D:\Evidence\Oxygen_Class_Action\Dixon_Nadgia\Home_Drive\pst > ndixon2006.pst > Top of Personal Folders\1111- File sent\2010 Sent Invoices\PERSONAL :( Custodian: (Dixon_Nadgia) |

Dear NBCUniversal Employee:

We are making some changes to Solutions, our company's alternative dispute resolution procedure.

These changes were made as a result of legal developments regarding the content of alternative dispute resolution programs. They ensure that our policy is fully compliant with the recent developments and continues to be an effective and fair method of resolving workplace disputes.

A brief explanation of the background for these changes and excerpts of the actual language changes to Solutions are available online here. For the entire revised Solutions procedure, click here.

Employees who were previously covered by Solutions will continue to be covered by the procedure. If you are not covered by Solutions and would like to opt in, please contact your HR manager.

Certain union-represented and other employee groups may not be covered by Solutions. If you have any questions about Solutions, check with your HR representative or check your collective bargaining agreement.

These changes will become effective on January 1, 2012. Please contact your HR manager with any questions.