# REPLY EX. D

From:          Guzzo, Christina M (NBC Universal)
               </o=gemail/ou=first administrative
               group/cn=recipients/cn=206065307>
To:            @NBC Uni iVillage Extended Team
               </o=gemail/ou=first administrative
               group/cn=recipients/cn=g00234537>; @NBC Uni Oxygen All
               </o=gemail/ou=first administrative
               group/cn=recipients/cn=g00220424>
Cc:            Pryor, John (NBC Universal)
               </o=gemail/ou=first administrative
               group/cn=recipients/cn=206007623>; Giraldo, Natalia (NBC
               Universal) </o=gemail/ou=first administrative
               group/cn=recipients/cn=206066899>
Bcc:
Subject:       INFO SESSION: Solutions - A New Alternative Dispute Resolution Program
Date:          Mon May 11 2009 12:48:55 EDT
Attachments:   att48fa0.jpg
               image001.jpg
Locations:     D:\Evidence\Oxygen_Class_Action\Dixon_Nadgia\Home_Drive\pst > ndixon2006.pst >
Top of Personal Folders\BackUp Sent Items\BackUp Inbox Custodian: (Dixon_Nadgia)

Hi Oxygen and iVillage-

We will be holding a brief Info Session regarding Solutions, the new alternative dispute resolution
program at NBCU, this Wednesday (5/13) at 11 AM in conference room 8B in Chelsea Market.

Dial in - 866-541-0175

Participant Code - 9873190#

Please make every effort to attend, especially if you have questions.

Thank You!

---

From: Marc Chini (NBC Universal)
Sent: Wednesday, April 29, 2009 2:26 PM
To: NBC Universal Employee Communications (NBC Universal)
Subject: Solutions - A New Alternative Dispute Resolution Program

I'm writing to let you know about a change to our existing alternative dispute resolution program, which
is used to handle employee issues and concerns. This updated program is called Solutions. It is being

adopted across GE as the standard method for resolving employment-related disputes.

A wealth of research has shown that alternative methods of dispute resolution can be fair, expedient, and cost-effective for employees and businesses. By using mediation and arbitration, employees and employers can resolve disputes without the time and expense typical of court proceedings.

The idea behind Solutions is to:

* Encourage issues to be brought to light early and in a private manner

* Offer the remedies available in court, but with less time and expense

* Include, when necessary, a neutral third party to facilitate the resolution of issues that cannot be otherwise resolved

In 2008, GE successfully rolled out Solutions to both GE and NBC Universal's senior leadership teams. Solutions will now be rolled out to all non-union employees in the U.S., as well as U.S. citizens working outside of the U.S.

All NBCU employees who meet the above criteria should ensure they are familiar with the Solutions program. Please go to MyLearning (https://mylearning-ge.plateau.com) and click on the Solutions overview in your learning plan for information about how the NBCU rollout will be administered in your state. This should be completed no later than June 30, 2009.

If you have any difficulty accessing the MyLearning site, or if you have any questions, please contact your HR representative.

Marc A. Chini

EVP, Human Resources