# REPLY EX. E

| | |
|---|---|
| From: | Guzzo, Christina M (NBC Universal) </o=gemail/ou=first administrative group/cn=recipients/cn=206065307> |
| To: | @NBC Uni iVillage Extended Team </o=gemail/ou=first administrative group/cn=recipients/cn=g00234537>; @NBC Uni Oxygen All </o=gemail/ou=first administrative group/cn=recipients/cn=g00220424> |
| Cc: | |
| Bcc: | |
| Subject: | INFO SESSION Today: Solutions - A New Alternative Dispute Resolution Program |
| Date: | Wed May 13 2009 10:07:35 EDT |
| Attachments: | image001.jpg |
| Locations: | D:\Evidence\Oxygen_Class_Action\Dixon_Nadgia\Home_Drive\pst > ndixon2006.pst > Top of Personal Folders\BackUp Sent Items\BackUp Inbox Custodian: (Dixon_Nadgia) |

Reminder- if you are interested in attending, please join us at 11 AM EST today in conference room 8B in Chelsea.

From: Guzzo, Christina M (NBC Universal)
Sent: Monday, May 11, 2009 12:49 PM
To: @NBC Uni iVillage Extended Team; @NBC Uni Oxygen All
Cc: Pryor, John (NBC Universal); Giraldo, Natalia (NBC Universal)
Subject: INFO SESSION: Solutions - A New Alternative Dispute Resolution Program

Hi Oxygen and iVillage-

We will be holding a brief Info Session regarding Solutions, the new alternative dispute resolution program at NBCU, this Wednesday (5/13) at 11 AM EST in conference room 8B in Chelsea Market.

Dial in - 866-541-0175

Participant Code - 9873190#

Thank You!

From: Marc Chini (NBC Universal)
Sent: Wednesday, April 29, 2009 2:26 PM
To: NBC Universal Employee Communications (NBC Universal)

Subject: Solutions - A New Alternative Dispute Resolution Program

I'm writing to let you know about a change to our existing alternative dispute resolution program, which is used to handle employee issues and concerns. This updated program is called Solutions. It is being adopted across GE as the standard method for resolving employment-related disputes.

A wealth of research has shown that alternative methods of dispute resolution can be fair, expedient, and cost-effective for employees and businesses. By using mediation and arbitration, employees and employers can resolve disputes without the time and expense typical of court proceedings.

The idea behind Solutions is to:

* Encourage issues to be brought to light early and in a private manner

* Offer the remedies available in court, but with less time and expense

* Include, when necessary, a neutral third party to facilitate the resolution of issues that cannot be otherwise resolved

In 2008, GE successfully rolled out Solutions to both GE and NBC Universal's senior leadership teams. Solutions will now be rolled out to all non-union employees in the U.S., as well as U.S. citizens working outside of the U.S.

All NBCU employees who meet the above criteria should ensure they are familiar with the Solutions program. Please go to MyLearning (https://mylearning-ge.plateau.com) and click on the Solutions overview in your learning plan for information about how the NBCU rollout will be administered in your state. This should be completed no later than June 30, 2009.

If you have any difficulty accessing the MyLearning site, or if you have any questions, please contact your HR representative.