UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
             :
             :

NADGIA DIXON, individually
and on behalf of all other persons
similarly situated who were employed
by NBCUniversal Media LLC with one of
its affiliated cable tv stations

             Plaintiffs,

             :

-against-             **12 CV 7646 (PAE)**

             :        ECF Case

             :

NBCUNIVERSAL MEDIA
LLC and OXYGEN MEDIA
LLC

             Defendants.    :

———————————————————— x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys that all claims, counterclaims and cross claims asserted in the above-captioned matter, are dismissed in their entirety, with prejudice, with each party to bear its own attorney's fees and costs.

Chelley E. Talbert
30 Rockefeller Plaza
New York, New York 10112
212.664.2527
chelley.talbert@nbcuni.com
Attorney for Defendants

Leonard S. Surdyk
Surdyk & Baker
33 Whitehall, 16th Floor
New York, NY 10004
212.897-2312
lsurdyk@sbchicago-law.com
Attorney for Plaintiffs